### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Gordon F. Taylor, Jr. and Daneen E. Taylor | No.  10-12702 |
| Debtor | Hon.  Bruce W. Black |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 28, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                               _____/s/ Ross T. Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Patrick A. Meszaros and Glenn B. Stearns on April 28, 2015.

                                               _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Gordon F. Taylor, Jr. and Daneen E. Taylor
24755 S. River Trail
Channahon, IL 60410

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Patrick A. Meszaros
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street
Joliet, IL 60435